IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-47 |
| Plaintiff, | |
| | JUDGE ALGENON L. MARBLEY |
| v. | |
| MELISSA VILLARREAL | |
| Defendant. | |

## ORDER

This matter is before the Court on the parties' Motion to Continue the Suppression Hearing. For the reasons given by the parties, the Motion to Continue is **GRANTED**. The notices setting the suppression hearing for April 13, 2018 (ECF Nos. 24, 25) are hereby **VACATED**. The suppression hearing is rescheduled for **Friday, April 20, 2018, at 8:30 a.m.** before the Honorable Algenon L. Marbley, United States District Court, 85 Marconi Boulevard, Columbus, Ohio, Court Room 1, Room 331.

IT IS SO ORDERED.

                                                                                        s/Algenon L. Marbley
                                                                                        ALGENON L. MARBLEY
                                                                                        UNITED STATES DISTRICT JUDGE

Dated: April 10, 2018